UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 2005-M-0437-RBC |
| ) | |
| PASCUAL JOSEPH GUERRIER ) | |
| ) | |
| Defendant ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States Attorney hereby respectfully moves the Court to unseal the complaint, this motion and the Court's order on this motion, and any other paperwork related to this matter. As grounds for this motion, the government states that the defendant has been arrested, and that secrecy is no longer required.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: July 6, 2005

7/6/05 Allowed.
Judith Gail Deen, USMJ