UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
v.                          )        Crim. No. 2005-M-0437-RBC
                            )
                            )
PASCUAL JOSEPH GUERRIER     )

         ASSENTED-TO MOTION TO CONTINUE DETENTION HEARING

    The defendant Pascual Joseph Guerrier moves this Court to continue the detention hearing in the above-captioned case from Monday July 11, 2005 to Wednesday July 13, 2005.  As grounds for this motion, undersigned counsel states that she has a court conflict on Monday July 11 at 3:30 p.m.  Counsel has a Rule 11 hearing before the Honorable Richard G. Stearns at that date and time.  Counsel requests that the detention hearing be rescheduled July 13, 2005 and assents to the exclusion of the intervening time for purposes of 18 U.S.C. §3161.  Counsel has spoken with Assistant United States Attorney Rachel Hershfang regarding this motion and represents that Ms. Hershfang has no objection to this continuance.

    Wherefore, the defendant requests that this motion to continue the detention hearing in this case be allowed.

                                   1

```
                                        Respectfully submitted,

                                        By his attorney,

                                        /s/ Syrie D. Fried
                                        Syrie D. Fried
                                           B.B.O. # 555815
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061
```