# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    V.                             MAGISTRATE JUDGE'S DOCKET
                                       NO. 2005-m- 00437-RBC

PASCUAL JOSEPH GUERRIER,
    Defendant.

# **_PROCEDURAL ORDER_**

COLLINGS, U.S.M.J.

    The Court is willing to consider releasing the defendant to Coolidge House. Accordingly, Pre-Trial Services is ORDERED to make the necessary arrangements to determine whether the Bureau of Prisons would accede to the placement of the defendant at Coolidge House as a condition of release.

                                                  /s/ *Robert B. Collings*
                                                  ROBERT B. COLLINGS
                                                  United States Magistrate Judge

Date: JULY 22, 2005.