AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

Pascual Joseph Guerrier

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05mj 00437-RBC

I, _Pascual Joseph Guerrier_, charged in a ☒ complaint ☐ petition pending in this District with _Conspiracy to distribute heroin_ in violation of _21_, U.S.C., _846_,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a ☒ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☒ examination ☐ hearing.

JOSEPH Pascual
Defendant

_____
Counsel for Defendant

JUL 22 2005
Date