# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.　　　　　　　　　　　　　　CRIMINAL NO. 2005-10199-RWZ

PASCUAL JOSEPH GUERRIER,
    Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

8/4/2005 - Indictment returned.

8/16/2005 - Arraignment

8/17 - 9/13/2005 - Excluded as per L.R. 112.2(A)(2)

9/26/2005 - Conference held.

9/27 - 10/24/2005 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of October 24, 2005, TWENTY-THREE (23) non-excludable days will have occurred leaving FORTY-SEVEN (47) days left to commence

trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

September 26, 2005.