UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA            )
                                    )
          v.                        )    CRIMINAL NO. 05-10199-RWZ
                                    )
PASCUAL JOSEPH GUERRIER             )


RENEWED MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE MOTIONS

        Counsel for the defendant Pascual Joseph Guerrier respectfully renews her for an extension of time within which to file pretrial motions in the above-captioned case.  Counsel's previous motion for an extension was denied by this court without prejudice.  Counsel restates her previously asserted grounds for this extension and certifies that she has conferred with Assistant United States Attorney Rachel Hershfang on this matter. Counsel is authorized to represent that Ms. Hershfang assents to this motion for an extension.  Counsel also states that she and Ms. Hershfang agree that the parties cannot resolve any of the substantive matters which might be the subject of the defendant's pretrial motions at this time.

        WHEREFORE, for the above-stated reasons, undersigned counsel respectfully requests that this motion for an extension of time to file pretrial motions be granted.

PASCUAL JOSEPH GUERRIER
By his attorney,


/S/ Syrie D. Fried
Syrie D. Fried
   B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061