# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2005-10199-RWZ

PASCUAL GUERRIER,
       Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

10/25 - 27/2005 - Filing to decision on Motion #21.

Thus, as of October 31, 2005, TWENTY-SEVEN (27) non-excludable days have occurred leaving FORTY-THREE (43) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 2, 2005