# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                        CRIMINAL NO. 2005-10199-RWZ

PASCUAL GUERRIER,
        Defendant.

## *ORDER AFTER*
## *FINAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

A Final Status Conference was held on November 2, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    No.

    (2)    No.

    (3)    No.

(4) The government has not requested notice of alibi.

(5) No non-discovery type motions were filed within the time set by the Court, i.e. 10/14/2005. The defendant has filed a motion to extend time to file motions to November 18, 2005. *See #22.* That motion is RESERVED for decision by the District Judge. It is noted that if the defendant is permitted until November 18th to file motions, the Government requests until December 16th to file its opposition.

(6) No.

(7) At this point, there is the possibility of a plea; trial will last about five(5) trial days.

(8) *See* Further Order of Excludable Delay entered this date.

(9) Five (5) trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Seven (7) days.

(6) None.

I RECOMMEND that the Court set the case down for an Initial Pretrial

Conference pursuant to Local Rule 117.1.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE ZOBEL'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

November 2, 2005.