```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
                            )
v.                          )    CRIM. NO. 05-10199-RWZ
                            )
                            )
PASCUAL JOSEPH GUERRIER     )
```

## NOTICE OF APPEAL

Notice is hereby given that the defendant Pascual Joseph Guerrier appeals to the United States Court of Appeals for the First Circuit from a judgment of conviction and sentence imposed in the above-captioned case on March 9, 2006.

```
                         PASCUAL JOSEPH GUERRIER
                         By his attorney,

                         /s/ Syrie D. Fried
                         Syrie D. Fried
                         B.B.O. # 555815
                         Federal Defender Office
                         408 Atlantic Avenue, 3rd Floor
                         Boston, MA  02110
                         Tel:  (617) 223-8061
```